# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON LANDRY

NO. 2024 KW 0253

**MAY 13, 2024**

---

In Re:   Jason Landry, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 603835.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the writ application to the district court for enforcement of its January 23, 2024 order, wherein it granted relator's Motion for Production of Documents.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT